1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROOSEVELT HENG,

     Petitioner,                    No. CIV S-09-1804 KJM P

     vs.

PEOPLE OF THE STATE
OF CALIFORNIA,

     Respondent.               ORDER

/

     By order filed September 21, 2009, petitioner's application was dismissed and thirty days' leave to file an amended application was granted. The thirty day period has now expired, and petitioner, who has consent to the jurisdiction of the undersigned, has not filed an amended application or otherwise responded to the court's order.

     Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: January 6, 2010.

_____
U.S. MAGISTRATE JUDGE

/heng1804.fta

1